**REQUIRED STATEMENT TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s) _Elisa Arellano_    Case No. _18-01539_    Chapter _7_

All Cases:  Moving Creditor  PROF-2013-S3 LEGAL TITLE TRUST II, BY    Date Case Filed _1/18/18_
U.S. BANK NATIONAL ASSOCIATION, AS
LEGAL TITLE TRUSTEE

Nature of Relief Sought:  _X_ Lift Stay    ___ Annul Stay    ___ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ____ No-Asset Report filed on _____
  _X_ No-Asset Report not Filed, Date of Creditor's Meeting: _02/21/2018_

1. Collateral
   a. Home  _X_
   b. Car   ___         Year, Make and Model_____
   c. Other  _____

2. Balance Owed as of 01/26/2018: _$226,750.58_
   Total of all other Liens against Collateral: _$.00_

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) _$230,000.00, per Debtor's Schedules._

5. Default
   a. _X_   Total Default as of 01/26/2018
           Number of months _52_    Amount _$82,847.80_

   b. ___ Post-Petition Default
      i.  ___ On direct payments to the moving creditor
              Number of months _____    Amount _____

      ii. ___ On payments to the Standing Chapter 13 Trustee
              Number of months _____    Amount _____

6. Other Allegations
   a. ___ Lack of Adequate Protection § 362(d)(1)
      i.   ___ No insurance
      ii.  ___ Taxes unpaid    Amount _____
      iii. ___ Rapidly depreciating asset
      iv.  ___ Other (describe)_____

   b. _X_ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ___ Other "Cause" § 362(d)(1)
      i.   ___ Bad faith (describe) _____
      ii.  ___ Multiple filings
      iii. ___ Other (describe)_____

   d. Debtor's Statement of Intention regarding the Collateral
      i.   ___ Reaffirm              ii.  ___ Redeem
      iii. _X_ Surrender             iv.  ___ No Statement of Intention Filed

Date:  _2/5/2018_                        /s/ Peter C. Bastianen
                                         Counsel for Movant

(Rev.12/21/09)